8-31-2016

Clerk of U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Case# 15-cv-00202-CBA-SMG

Upstate Correctional Facility
Enekan Edo, 13A5615
P.O. Box 2001
Malone, NY 12953

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ AUG 29 2016 ★
4:01 PM RV
BROOKLYN OFFICE

Please disregard the line paper I am incarcerated currently in the SHU unit and we are not allowed blank white paper.

Here's is my Amended complaint to complaint number Case-15-cv-00202-CBA-SMG, I am also seeking compensation for unlawful arrest by the defendants.

## AMENDED COMPLAINT

1. On July 5, 2012 at approx. 9am to 10am detective Martini and detective Gallegher of the 113 precint of Jamaica, Queens located in Baisley came at my residence on my property without a warrant.

2. Detective Martini stated that he had a warrant for my arrest but never produced one. I was put in custody and phyiscally abuse by Det. Martini and his 113 precint squad. I was dragged out my house by Det. Martini who was the designated arresting officer.

3. I was put in a corner were Det. Gallegher and Det. Martini punched me in my face and upper body. as I was handcuffed during the unlawful arrest.

4. I was then thrown in the back seat of a Det. car, Det. Gallegher and Det. Martini then proceeded to search my residence without a search warrant in doing so Det. Gallegher took my car keys without my consent and confiscated my car.

5. Later on that day around 11am to 12pm I was driven to the 113 precint including my car in were Det. Martini transfered my 98 grand prix pontaic car to ADA, Jacqueline Rizk of Queens Criminal Court.

6. December of 2012, is were I found out that my car was destroyed by hurricane Sandy, ADA Jacqueline Rizk stated on record at court that it was destroyed and there's no way that I can get it back.

7. I was indicted on this case indictment # 1864/2012

8. On April, 2015 indictment case # 1864/2012 was dismissed and all charges were dropped in court part (Tap A), Supreme Court Queens Criminal Court located at Queens blvd. Kew gardens.

**UPSTATE CORRECTIONAL FACILITY**
P.O. BOX 2001
MALONE, NEW YORK 12953

NAME: Enegian Edo
DIN: 13A5615

(LEGAL MAIL)

Clerk of U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201